✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION     ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District of Indiana<br>Hammond Division<br>5400 Federal Plaza, Hammond, IN 46320 |
|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>Malibu Media, LLC | DEFENDANT<br>John Doe subscriber assigned IP address 98.215.177.137 |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0001775903 | Connie True Love | Malibu Media, LLC |
| 2 PA0001810505 | Dangerous Game | Malibu Media, LLC |
| 3 PA0001782559 | Evening at Home | Malibu Media, LLC |
| 4 PA0001785204 | Evening at Home Part #2 | Malibu Media, LLC |
| 5 See attachment | See attachment | See attachment |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**   1) Upon initiation of action,<br>mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights    3) Upon termination of action,<br>mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

**CONTINUATION OF DOCUMENT AO-121**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 5. PA0001789507 | Fucking Perfection | Malibu Media, LLC |
| 6. PA0001783646 | Introducing Kaylee | Malibu Media, LLC |
| 7. PA0001762076 | Kristen Girl Next Door | Malibu Media, LLC |
| 8. PA0001783362 | Paradise Found | Malibu Media, LLC |
| 9. PA0001797944 | Pink Orgasm | Malibu Media, LLC |
| 10. PA0001800484 | Pure Grace | Malibu Media, LLC |
| 11. PA0001820192 | Spur of the Moment | Malibu Media, LLC |
| 12. PA0001794450 | Strawberry Blonde | Malibu Media, LLC |
| 13. PA0001776834 | The Art of Anal Sex | Malibu Media, LLC |
| 14. PA0001808630 | Three for the Show | Malibu Media, LLC |
| 15. PA0001762022 | Tiffany Sex With A Supermodel | Malibu Media, LLC |

1

NIN16